IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | 1:16CR205-2 |
| | ) | |
| SHANNON MICHELLE DRAKE | ) | |

## JUDGMENT

For the reasons announced in open court on January 29, 2019,

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendant Shannon Michelle Drake's motion for judgment of acquittal is hereby **GRANTED** and that the Indictment returned by the grand jury on June 28, 2016, the superseding indictment returned by the grand jury on November 29, 2016, the superseding indictment returned by the grand jury on June 27, 2017, and the superseding indictment returned by the grand jury on August 29, 2917, against Defendant Drake are **DISMISSED**.

**IT IS FURTHER ORDERED** that the Defendant is acquitted, discharged, and any bond exonerated.

This the 4th day of February, ~~January~~, 2019.

William L. Osteen Jr.
United States District Judge